# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

131281

ROY WALLER, Personal Representative
of the Estate of Jesse Waller, Deceased,
        Plaintiff-Appellee,

v

ALAN ATKINSON, D.O., and
PULMONARY & CRITICAL CARE
CONSULTANTS, P.C., SPARROW
HEALTH SYSTEM, INC., and DAVID
YOUNG,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131281
COA: 266288
Ingham CC: 04-001581-NH

On order of the Court, the application for leave to appeal the April 14, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006                          _____
                                            Clerk

11025